11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Ronald W. Sanders,                              * From the 42nd District
                                                  Court of Callahan County,
                                                  Trial Court No. 6824

Vs. No. 11-11-00289-CR                          * October 31, 2013

The State of Texas,                             * Memorandum Opinion by McCall, J.
                                                  (Panel consists of: Wright, C.J.,
                                                  McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, Ronald W. Sanders's conviction for possession of methamphetamine is vacated and set aside. Ronald W. Sanders's conviction and sentence for the manufacture of methamphetamine is affirmed.